BOARD OF EDUCATION, TOWNSHIP OF WYCKOFF v.
WYCKOFF EDUCATION ASSOCIATION.

Oct. 2, 1979. Petition for certification denied. (See 168 *N.J.Super.* 497).

STATE OF NEW JERSEY v. STANLEY DANIELS.

Oct. 2, 1979. Petition for certification denied.

STATE OF NEW JERSEY (CITY OF NEWARK) v.
BUCK BARNES.

Oct. 4, 1979. Petition for certification granted. (See 168 *N.J.Super.* 311).

STATE OF NEW JERSEY v. BRUCE WAYNE HOLDER.

Oct. 4, 1979. Petition for certification denied.

SOLOMON ZAROMB v. DIANE E. HAGEN.

Oct. 4, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WALKER.

Oct. 4, 1979. Petition for certification denied.